# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAY RUFFIN,
ADC #89703                                                                                          PLAINTIFF

V.                                      NO. 5:15CV00011 JM/BD

DEBRA YORK, et al.                                                                          DEFENDANTS

## ORDER

The Court has received the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ruffin's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Ruffin's motion for summary judgment (Docket entry #28) is denied. Defendants Griffin and Norris's motion for summary judgment (#47) and Defendant York's motion for summary judgment (#52) are granted. Mr. Ruffin's claims against Defendants Griffin, Norris and York are dismissed, without prejudice.

IT IS SO ORDERED, this 16th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE