# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RAY RUFFIN,
ADC #89703                                                                                          PLAINTIFF

V.                          Case No. 5:15CV00011 JM/BD

DEBRA YORK, et al.                                                                          DEFENDANTS

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Ruffin's motion for a temporary restraining order is DENIED

IT IS SO ORDERED, this 20th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE