**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**RAY RUFFIN,**
**ADC #89703**                                                                                             **PLAINTIFF**

**V.**                    **Case No. 5:15CV00011 JM/BD**

**DEBRA YORK, et al.**                                                       **DEFENDANTS**

## ORDER

The Court has received a Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Ruffin's timely objections, Defendants' response to the objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Ruffin's constitutional claims against Defendants Felix and Felix Brace and Limb Company are DISMISSED, with prejudice. State claims are DISMISSED, without prejudice.

IT IS SO ORDERED, this 19th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE